**EXHIBIT A**

# DECLARATION OF BRIGITTE COFFMAN

STATE OF OKLAHOMA )
) ss.
COUNTY OF TULSA )

I, Brigitte Coffman, being of legal age and first duly sworn, depose and state:

1. I am an apartment manager at the Royal Arms apartments in Tulsa, Oklahoma.

2. I am familiar with the documents attached as Exhibits A-D to this Affidavit. The documents attached as Exhibits A-D to this Affidavit are a true and correct copy of the text conversation that I had with Todd Scribner on May 30, 2013.

3. In these text messages, I am discussing a call I received from Works & Lentz with Mr. Scribner. During this call, the caller stated that Mr. Scribner was not answering his phone and requested that I put a note on his door. I asked them to fax whatever they wanted posted on his door.

4. During the call the caller never asked me to confirm that Mr. Scribner lived at the Royal Arms.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 11/11/14
Date

[signature]
Brigitte Coffman


AT&T
10:06 AM
90%
Messages
Todd 104 Scri...
Edit
May 30, 2013, 1:09 PM
Strange phone call from Works Lentz Inc. They want me to put a note on your door for them. I told them to fax it and ill post to your door. However I'll text you the image. Okay?
Ok
May 30, 2013, 4:11 PM
Did they ever fax anything to you?
Nope
Ok what did they say?
Subject
iMessage


11-11-14


EXHIBIT
A




11-11-14

EXHIBIT B


AT&T 10:07 AM 90%
Messages Todd 104 Scri... Edit
Yep the kinda just broke the law
Are they collectors? Hate them Lol
Yep and I've been in between them and my Insurance co
I Didn't confirm that you lived a Royal Arms. I never do. They Didn't ask me. Just to deliver you a note to call them because your not answering your phone. I said for them to fax the note and I'll see
Subject
iMessage
Send


11-11-14


EXHIBIT
C


AT&T
10:07 AM
90%
Messages
Todd 104 Scri...
Edit
I Didn't confirm that you lived at Royal Arms. I never do. They Didn't ask me. Just to deliver you a note to call them because your not answering your phone. I said for them to fax the note and I ll see what I can do.
They know I live here and my number but the law forbids them from doing just that
What jerks. That's why I text you
Subject
iMessage
Send

11-11-14
BCC


EXHIBIT
D

**EXHIBIT B**

EXHIBIT B

AS/400 Host Screen

```
REG 019   DONA     DEBTOR SUMMARY INFORMATION  FRIDAY     7/25/2014  9:49:34 J2
281_MOON_DMW                                                 STOP CALLS: _
#of Accounts: _14  Total $Due: _10545.95_ MTD/TD-Pay ___________ ___________
ID#: 1118714615 1572222 OCYX 001 9189382816 Last Paid: ________ line number _
Resp. Party SCRIBNER, BRIAN TODD ___________ _ Monthly: _______ Due: ________
Spouse..... ________________ MRN:  04737326 1 DIV 3/11/11 FROM ELIZABETH
Patient.... SCRIBNER, BRIAN TODD ___________ 2 HOLD COLLECTIONS PER HAL
Service ADR ________________________________ 3 AKA TODD SCRIBNER
Address.... 1611 S UTICA AVE _______________   2611 E 71ST PL ______________
City ST Zip TULSA ______________ OK 741044909 TULSA _____________ OK 741365530
```

| NO. | CLT# | ID# / CASE# | CLIENT NAME | | LISTED | BEG-AMT | TOT-DUE | AM | BASE | XCFLT |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 2631 | CS-13-04123 | ST JOHN | B2-140805 | 111219 | 40.63 | 40.63 | 19 | OCYX | F |
| 2 | 2631 | CS-13-04123 | ST JOHN | B2-140805 | 120319 | 479.14 | 479.14 | 19 | Q6FE | F |
| 3 | 2637 | CS-13-04123 | ST JOHN | B2-140805 | 120423 | 175.00 | 175.00 | 19 | QU4P | F |
| 4 | 2607 | CS-13-04123 | OMNI MED | B2-140805 | 120620 | 36.64 | 36.64 | 19 | RW3A | F |
| 5 | 2637 | CS-13-04123 | ST JOHN | B2-140805 | 120709 | 3569.16 | 5890.06 | 19 | S6EQ | F |
| 6 | 2637 | CS-13-04123 | ST JOHN | B2-140805 | 120709 | 360.06 | 360.06 | 19 | S6EP | F |
| 7 | 2637 | CS-13-04123 | ST JOHN | B2-140805 | 120730 | 2220.35 | 2220.35 | 19 | SGQP | F |
| 8 | 2606 | CS-13-04123 | ST JOHN | B2-140805 | 120827 | 384.00 | 384.00 | 19 | SYNN | F |
| 9 | 2607 | CS-13-04123 | OMNI MED | B2-140805 | 130327 | 77.25 | 77.25 | 19 | WC5C | F |
| 10 | 2631 | 1134644093 | ST JOHN | B2-140805 | 130812 | 105.05 | 105.05 | 19 | ZFRL | |

```
000 <===Line Number     Balances by Case#
  2-Pay_All  3-Comm  4-Ltr_All  6-Summary  16-Prev  17-List  18-Next  23-Int.
```

AS/400 Host Screen

```
REG 019   DONA    DEBTOR SUMMARY INFORMATION  FRIDAY     7/25/2014  9:49:57 J2
281_MOON_DMW                                                  STOP CALLS: _
#of Accounts: _14  Total $Due: _10545.95_  MTD/TD-Pay __________ __________
ID#: 1118714615 1572222 OCYX 001 9189382816 Last Paid: _______ line number __
Resp. Party SCRIBNER, BRIAN TODD __________ _ Monthly: ______ Due: _______
Spouse..... _______________ MRN: 04737326 1 DIV 3/11/11 FROM ELIZABETH
Patient.... SCRIBNER, BRIAN TODD __________ 2 HOLD COLLECTIONS PER HAL
Service ADR ______________________________ 3 AKA TODD SCRIBNER
Address.... 1611 S UTICA AVE ______________ 2611 E 71ST PL ____________
City ST Zip TULSA ____________ OK 741044909 TULSA ____________ OK 741365530
```

| NO. | CLT# | ID# / CASE# | CLIENT NAME | | LISTED | BEG-AMT | TOT-DUE | AM | BASE | XCFLT |
|---|---|---|---|---|---|---|---|---|---|---|
| 11 | 2631 | 1135883088 | ST JOHN | B2-140805 | 131216 | 327.77 | 327.77 | 19 | 1QLQ | X |
| 12 | 1599 | 1135947081 | LAUREATE | B2-140805 | 131218 | 140.00 | 140.00 | 19 | 1UZM | |
| 13 | 1597 | 1146198674 | WARREN C | B2-140805 | 140107 | 60.00 | 60.00 | 19 | 2B3D | |
| 14 | 2631 | 1147502833 | ST JOHN | B2-140805 | 140602 | 250.00 | 250.00 | 19 | 4O0H | X |

```
000 <===Line Number     Balances by Case#
  2-Pay_All  3-Comm  4-Ltr_All  6-Summary  16-Prev  17-List  18-Next  23-Int.
```

```
TIE ACCOUNT #: 1572222                          DATE:  7/25/14      PROG: SUB03P
RESP. PARTY  : SCRIBNER, BRIAN TODD             TIME: 11:36:13
#ACCTS--$DUE :  14--10,545.95                                       W4--HAL

USER     DATE      TIME    CDE --------C O M M E N T   T E X T--------

     12/20/2011            SG LET1   OCYX     40.63 1611 S Utica Ave   OK 74104
SMRT  2/10/2012 14:31:17      202 - REMOTE_PARTY_HUNG_UP3   PH#:  9189382816  5
SMRT  3/02/2012 10:23:47      208 - LMTC                  3  PH#:  9187428516  5
PANC  3/16/2012 11:12:43      OCYX->SRD OTH NNE FND,CLD 918 938 2816 BRIAN ADV H
PANC  3/16/2012 11:12:43      IM OF BILL SD THT HE WILL CL BCK AT AROUND 4:30
      3/20/2012            SG LET1   Q6FE    479.14 1611 S Utica Ave   OK 74104
SMRT  3/27/2012 18:59:50      202 - REMOTE_PARTY_HUNG_UP3   PH#:  9189382816  5
RANK  4/04/2012  8:44:23      BRIAN CIF 918 493 8565 (CM GROUP TULSA)SAID THAT H
RANK  4/04/2012  8:44:23      E RECEIVED OUR LETTER FOR ACCT *Q6FE* HE SAID THAT
RANK  4/04/2012  8:44:23       INSURANCE SHOULD OF COVERED THAT ADV HIM THAT THE
RANK  4/04/2012  8:44:23      Y DID PAY ADV THAT HE CONTACT HIS INSURANCE HE ASK
RANK  4/04/2012  8:44:23      ED FOR MORE INFO ALSO ADV OF ACCT *OCYX*
RANK  4/04/2012  8:45:06      HE ASKED FOR INFO ON THAT VER ADDRESS HE SAID 3728
RANK  4/04/2012  8:45:06       E 59TH PL TULSA OK 74135
RANK  4/04/2012  8:45:32 J_   2944 S DELAWARE AVE          3728 E 59TH PL
RANK  4/04/2012  8:45:32 K_   TULSA         OK 741145807    TULSA       OK 74135
      4/24/2012            SG LET1   QU4P    175.00 1611 S Utica Ave P OK 74104
SUE   4/24/2012 11:13:27      OCYX-Q6FE->RCVD FRM CLIENT ACCT SUMMARY I/S & PYT
SUE   4/24/2012 11:13:27      HIST EA ACCT. SCAN TO DOCS SEND TO AM61.
MARL  5/10/2012            RM R# 1 #-02      1611 S Utica Ave Pmb 127
WILL  5/10/2012  8:06:51      OCYX-Q6FE-> LKS LIKE INS WS FILED ON ALL. CLLD 918
WILL  5/10/2012  8:06:51      938 2816, TW BRIAN ADVSD HIM ABOVE, ALL HE SD WAS,
WILL  5/10/2012  8:06:51      "CAN YOU SEND ME COPIES OF EVERYTHNG YOU HAVE"? I
WILL  5/10/2012  8:06:51      ADVSD HIM HE HAS BEEN SNT I/S AND/OR EOB'S ON ALL
WILL  5/10/2012  8:06:51      3 OF THESE UNLSS HE HAS RECENTLY MOVED, HE STATED
WILL  5/10/2012  8:07:31      HE PROBABLY DID GET THEM JST DSNT REMEMBER. ADVSD
WILL  5/10/2012  8:07:31      HIM HE NDS TO CONTCT HIS INS CO AND REQ FR COPY'S
WILL  5/10/2012  8:07:31      OF EOB AND SUCH. ADVSD HIM THS DS ND TO BE HANDLED
WILL  5/10/2012  8:07:31      QUICKLY AND HE NDS TO GVE US A C/B BY NEXT WK TO S
WILL  5/10/2012  8:07:31      ET PIF/PMA. VER ADD GOOD
WILL  5/10/2012  8:08:05      ALSO ADVSD HIM OF NEW ACCNT. ASKD HIM IF HE DISPTD
WILL  5/10/2012  8:08:05      IT, HE SD NO JST WNTS DETAILS ON ALL.
WILL  6/18/2012 11:43:33      CLLD 918 938 2816, TW BRIAN, ADVSD HIM ND TO GET S
WILL  6/18/2012 11:43:33      OMETHING GOING ON THS FILE, HE SD HE WAS IN THE MD
WILL  6/18/2012 11:43:33      DLE OF A LUNCH MEETING AND WLD BE TIED UP FOR THE
WILL  6/18/2012 11:43:33      NEXT HOUR OR SO. REQ ME TO CLL HIM BCK. I ADVSD HI
WILL  6/18/2012 11:43:33      M IT'S HIS RESP TO CLL US. HE STATED HE HAS OUT TN
WILL  6/18/2012 11:43:44      ON HIS CLLR ID, SO HE'LL B/C W/I A CPLE OF HOURS
WILL  6/18/2012 11:43:44      FOR SURE.
WILL  6/18/2012 11:44:28 S    QU4P R
WILL  6/18/2012 11:47:40      OCYX-Q6FE-QU4P-> WENT AHD AND SNT SPSL LTRS ON THS
WILL  6/18/2012 11:47:40      3. PREV/RECENTLY VER ADD WS GOOD.
WILL  6/18/2012 11:48:42      ALSO PER TULSA CNTY ASSESSRS BOTH BRIAN T AND ELIZ
WILL  6/18/2012 11:48:42      ABETH M SCRIBNER OWN PROP AT A DIFFER PROP ADDRSS
WILL  6/18/2012 11:48:42      THAN WE'VE BEEN GVN IN THE PST: 2944 S DELAWARE AV
WILL  6/18/2012 11:48:42      E E TULSA OK WITH MLING ADDRSS OF: 1611 S UTICA AV
WILL  6/18/2012 11:48:42      E PMB 127 TULSA
WILL  6/19/2012            SN 2nd Party Name - SCRIBNER, ELIZABETH M
WILL  6/19/2012            SN 2nd Party Base#s: - OCYX-Q6FE-QU4P-
WILL  6/19/2012            MU LET1   #-03    694.77 3728 E 59th Pl     OK 74135
      6/21/2012            SG LET1   RW3A     36.64 3728 E 59th Pl     OK 74135
      7/10/2012            MU LET1   #-02   3929.22 1611 S Utica Ave   OK 74104
RIVE  7/19/2012 13:50:05      PC 918 742 8516
RIVE  7/19/2012 13:51:57      PC 918 938 2816 U/A. PC 918 742 8516 LM RCDR.
RIVE  7/20/2012            SN 2nd Party Name - SCRIBNER, ELIZABETH MARIE
RIVE  7/20/2012            SN 2nd Party Base#s: - RW3A-S6EP-S6EQ-
RIVE  7/20/2012            MU LET1   #-03   3965.86 3728 E 59th Pl     OK 74135
      7/31/2012            SG LET1   SGQP   2220.35 1611 S Utica Ave   OK 74104
RIVE  8/21/2012            SN 2nd Party Name - SCRIBNER, ELIZABETH MARIE
```

```
RIVE  8/21/2012           SG LET1    SGQP   2220.35 3728 E 59th Pl      OK 74135
      8/28/2012           SG LET1    SYNN    384.00 5105 S Madison Ave OK 74105
MARL  8/31/2012           RM R# 1 #-05     3728 E 59th Pl
RIVE  9/21/2012 14:24:33 J_ 3728 E 59TH PL               5105 S MADISON AVE APT
RIVE  9/21/2012 14:24:33 K_ TULSA       OK 74135         TULSA       OK 741055672
RIVE  9/21/2012 14:27:33 S_ SGQP R
RIVE  9/21/2012 14:28:06    SENDING SECOND PARTY LTRS
RIVE  9/24/2012           SN 2nd Party Name - SCRIBNER, ELIZABETH
RIVE  9/24/2012           SN 2nd Party Base#s: - SYNN-RW3A-OCYX-Q6FE-QU4P-S6EP-
RIVE  9/24/2012           SN S6EQ-SGQP-
RIVE  9/24/2012           MU LET1     #-08   7264.98 5105 S Madison Ave OK 74105
RIVE 10/25/2012  9:17:29    PC 918 742 8516 TT ELIZABETH, SHESTARTED RIGHT OFF
RIVE 10/25/2012  9:17:29    THE BAT THAT SHE IS NOT RESP PER THEIR DIVORCE DEC
RIVE 10/25/2012  9:17:29    REE. ADV ACCTS- TOLD HER THAT IS BETWEEN THE COURT
RIVE 10/25/2012  9:17:29    HER AND BRIAN NOT US. SHE REFUSED PAYMENT, GAVE ME
RIVE 10/25/2012  9:17:29    BRIAN'S NUMBER 918 607 7455.
RIVE 10/25/2012  9:19:55 L  SGQP 9189382816 -X All recs will be changed to "X"
RIVE 10/25/2012  9:20:00    PC 918 607 7455 LM RCDR. PC 918 938 2816 DISC.
RIVE 10/25/2012  9:23:35    PC POE CHEMSEARCH FOR BRIAN 918 582 9595 RECEP ANS
RIVE 10/25/2012  9:23:35    WERED AS EQ, SEARCHED AND FOUND THE ENVIROMENTAL Q
RIVE 10/25/2012  9:23:35    UALITY COMP, SHE SAYS BRIAN DOESN'T WORK TFORTHAT
RIVE 10/25/2012  9:23:35    COMP.
RIVE 10/25/2012  9:24:44    OSCN TULSA HAS FD-2011-691 FOR ELIZABETH MARIE SCR
RIVE 10/25/2012  9:24:44    IBNER AND BRIAN TODD SCRIBNER, FILED 03/11/11 GRAN
RIVE 10/25/2012  9:24:44    TED 09/09/11.
PRUI  1/22/2013 10:22:21    CLD 742 8516 TT UIF SHE SD NO LONGER BRIAN'S #-
PRUI  1/22/2013 10:22:21    SHE GV HIS # 918 938 2816 AND AKSED FOR HER # TO
PRUI  1/22/2013 10:22:21    BE REMOVED.
PRUI  1/22/2013 10:22:29 L1 HOME: 9187428516            9189382816
PRUI  1/22/2013 10:23:17    CLD 918 938 2816 VM NOT SET UP - CANT LEAVE MESS
PRUI  1/22/2013 10:25:34    CLD 918 493 8565 REACHED VM FOR LADY @ RADIO STATI
PRUI  1/22/2013 10:25:34    ON MIX 96- NML
PRUI  1/22/2013 10:27:32 L1 HOME: 9189382816            9186077455
PRUI  1/22/2013 10:27:32 L2 WORK: 9186077455            0000000000
PRUI  1/22/2013 10:27:45    CLD 918 607 7455 ID TODD SCRIBNER LMOM
PRUI  1/22/2013 10:34:15    SEARCHED OSCN NOTHING FOUND RECENT - OTHER THAN
PRUI  1/22/2013 10:34:15    DIVORCE
PRUI  1/22/2013 10:38:33    CLDPOSS POE- SIMULATER SYSTEMS INT 250 4500 TT
PRUI  1/22/2013 10:38:33    KRSI TO VRFY EMP- NO SUCH PERSON
PRUI  1/22/2013 10:38:44 M  RW3A SIMULATOR SYSTEMS INT'L XXXXXXXXXXXXXXXXS INT
PRUI  1/22/2013 10:41:00    CLD POSS POE EQ ( OLD PERMA FIX) 582 9595 TT SECRE
PRUI  1/22/2013 10:41:00    TARY - SHE SD DKD
PRUI  1/22/2013 10:54:26    SEARCHED GOOGLE- FOUND POSS LINK FOR BRIAN @
PRUI  1/22/2013 10:54:26    A & M ENGINEERING. # 665 6575- CLLD TO VRFY EMP
PRUI  1/22/2013 10:54:26    TT SECRETARY "CINDI"- WANTED TO VRFY EMOP VIA
PRUI  1/22/2013 10:54:26    SS- SHE SD IS CORRECT PEROSN AND SHE TRANSRFD ME
PRUI  1/22/2013 10:54:26    TO HIM- I SPOKE W/ BRIAN - EXPLN ACCTS, HE WANTS
PRUI  1/22/2013 10:55:17    BREAKDOWN ON ALL ACCTS- SD IS GOING THRU CCCS
PRUI  1/22/2013 10:55:17    HE SD HOME ADDRESS 5105 S MADISON AVE APT 104 T/O
PRUI  1/22/2013 10:55:17    74105- HE CONFIRMED CELL AS CORRECT, SD WILL SEND
PRUI  1/22/2013 10:55:17    AT ATTY TO REQ AND DATE UP FILE
JARE  1/29/2013  8:29:19    ALL ACCTS: ASKING T TO PLEASE SEND "SUMMARY OF ACC
JARE  1/29/2013  8:29:19    TS" LETTER TO BRIAN REQ HE ESTABLISH PMA BY 2/11.
TWHI  1/30/2013 13:36:51    ALL ACCTS: LTR TO DBTR W SUMMARY OF ACCTS, UNTIL
TWHI  1/30/2013 13:36:51    2/11 AS ABOVE.
PRUI  2/01/2013  8:10:55    COPY OF ABV BREAKDOWN LTR TO FEB CORR
PRUI  2/12/2013 11:04:41    CLD 918 607 7455 TT BRIAN- HE SD LOOKING OVER THE
PRUI  2/12/2013 11:04:41    PPRWORK FROM ATTY RIGHT NOW- CHECKING WITH HIS INS
PRUI  2/12/2013 11:04:41    ON SOME AND SD WLD CALL BACK BY 1ST OF NEXT WEEK
PRUI  2/22/2013 13:32:21    CLD POE 665 6575 TO VRFY EMP- NEED TO FAX TO
PRUI  2/22/2013 13:32:21    665 6576 ATTN LINDA
PRUI  3/04/2013 16:20:56    SENT 2ND FAX TO LINDA TO VRFY EMPLOYMNT
PRUI  3/05/2013 15:21:35    RECVD FAX BACK FROM CINDI- GV DOH FOR BRIAN AS
PRUI  3/05/2013 15:21:35    5/29/12- TITLE SALES - WORKS 40 HRS WEEK
PRUI  3/05/2013 15:23:09    CLD 918 607 7455 ID TODD SCRIBNER LMOM
PRUI  3/12/2013 10:57:36    CLD 918 607 7455 TT BRIAN - SD FOLLOWING UP ON
```

```
PRUI  3/12/2013 10:57:36     PYMNT ARRGMNT HE CAN DO- HE SD NOT SURE WHAT HE
PRUI  3/12/2013 10:57:36     CAN DO SD WANTED ME TO CALL HM BACK ON FRIDAY. I
PRUI  3/12/2013 10:57:36     EXPLN HE WLD NEED TO CALL ME, AND HE DID SAY WLD
PRUI  3/12/2013 10:57:36     MAKE SOME TYPE OF PYMNT- BUT DIDNT KNOW HOW MUCH
PRUI  3/12/2013 10:57:52     AND SD BASED ON BAL $7264- WLD NEED $150 MONTH.
PRUI  3/12/2013 10:57:52     HE SD WLD CALL BACK FRIDAY.
PRUI  3/18/2013 12:56:45     CLD 918 607 7455 I ID MYSELF- HE SD IS IN A BUS
PRUI  3/18/2013 12:56:45     LUNCH AND SD WLD CALL ME BACK TODAY ABT 2PM.
PRUI  3/19/2013 10:53:12     CLD 918 607 7455 ID TODD SCRIBNER LMOM
      3/29/2013           SG LET1    WC5C      77.25 3728 E 59th Pl     OK 74135
PRUI  4/02/2013 13:29:01     CLD 918 607 7455 LMOM
PRUI  4/15/2013 16:12:23     CLD 918 607 7455 LMOM
PRUI  4/29/2013 14:27:28     CLD 918 607 7455 ID TODD- LMOM
PRUI  5/29/2013 11:39:05     SENT FAX TO  CINDI 665 6576 TO VFY EMP
PRUI  5/30/2013 11:10:35     RECVD FAX BACK ON BRAIN T SCRIBNER-HE IS MARKETING
PRUI  5/30/2013 11:10:35     MGR, DOH 5/29/12 IS FT
PRUI  5/30/2013 11:24:12     PER TULSA CO ASSESOR- THE PROP AT 2944 S DELAWARE
PRUI  5/30/2013 11:24:12     IS OWNED BY ELIZABETH MARIE SCRIBNER TRUST- HIS
PRUI  5/30/2013 11:24:12     NAME NOT ON PROPERTY
PRUI  5/30/2013 12:59:04     CLD POE 6656575 TT SECRETARY- SHE SD BRIAN IS
PRUI  5/30/2013 12:59:04     USUALLY BACK IN OFFICE BY 3PM DAILY. NOT HERE NOW
PRUI  5/30/2013 13:06:38     CLD ROYAL ARMS APT 742 2700- TT BRIDGETTE- ASKED
PRUI  5/30/2013 13:06:38     IF HE LIVES THERE OR GET GET MESS TO HIM- SHE SD
PRUI  5/30/2013 13:06:38     YES HE LIVES THERE IN APT 104 AND IF I FAX HER,
PRUI  5/30/2013 13:06:38     SHE WLD PLACE ON HIS DOOR.
JESS  5/30/2013 14:13:45 E   RW3A SCRIBNER, BRIAN T        SCRIBNER, BRIAN TODD
JESS  5/30/2013 14:13:50 E   SYNN SCRIBNER, BRIAN T        SCRIBNER, BRIAN TODD
JESS  5/30/2013 14:13:54 E   WC5C SCRIBNER, BRIAN T        SCRIBNER, BRIAN TODD
PRUI  5/30/2013 16:10:07 M_  A & M ENGINEERING                A & M ENGINEERING
PRUI  5/30/2013 16:12:37     LAWSUIT CHECKLIST TO BILLS BASKET
HEMB  6/14/2013 10:58:43     OCYX-Q6FE-QU4P-RW3A-S6EQ-S6EP-SGQP-SYNN-WC5C->  GE
HEMB  6/14/2013 10:58:43     N AFFD
JESS  6/26/2013 16:37:42     OCYX-Q6FE-QU4P-RW3A-S6EQ-S6EP-SGQP-SYNN-WC5C-> REC
JESS  6/26/2013 16:37:42     'D SIGNED AFF FROM CLNT--WILL HV SUIT TYPED
DOTT  6/27/2013 14:41:02     OCYX-Q6FE-QU4P-RW3A-S6EQ-S6EP-SGQP-SYNN-WC5C->
DOTT  6/27/2013 14:41:02     C/S PREPARED FOR FILING
REBE  7/01/2013 16:30:19     CS-13-04123:FILED C/S 7/1/13 ATTY FEE $1868.00
DOTT  7/12/2013 13:23:01     CS-13-04123: JACK SERVED BRIAN 7/8/13 ANS DATE
DOTT  7/12/2013 13:23:01     7/28/13
DOTT  8/08/2013 13:00:58     CS-13-04123: STRAIGHT DEFAULT JE PREPARED FOR
DOTT  8/08/2013 13:00:58     FILING AGAINST BRIAN
GRAV  8/09/2013 11:36:53     CS-13-04123:FILED AFF/MILITARY SERVICE 08/09/13
      8/13/2013           SG LET1    ZFRL    105.05 5105 S Madison Ave OK 74105
DOTT  8/29/2013  8:20:52     CS-13-04123: FILED JE AGAINST BRIAN 8/21/13 ATTY
DOTT  8/29/2013  8:20:52     FEES $1,868.00; PRIN AMT $7,342.23; COST $240.70
DOTT  8/29/2013  8:20:52     MAILED JE TO DBTR
DANI  8/29/2013 11:30:47     CS-13-04123:FILED AFF/MAIL 08/29/13
DANI  8/29/2013 13:23:51     FILE TO K5 BASKET
KRIS  9/05/2013  8:49:06     FAXED EMP VER REQ FOR BRIAN TO A&M ENGINEERING &
KRIS  9/05/2013  8:49:06     ENVIRONMENTAL SERVICES, INC. ATTN: CINDI FAX# 918-
KRIS  9/05/2013  8:49:06     665-6576.
KRIS  9/09/2013  8:32:21     RE-FAXED EMP VER REQ TO A&M ENGINEERING & ENV SVCS
PRUI  9/11/2013  8:07:04     CLD POE 665 6575 TT OPERATOR= I ASKED FOR RP- SHE
PRUI  9/11/2013  8:07:04     STATED THAT HE WAS OUT FOR A FEW DAYS. I ASKED IF
PRUI  9/11/2013  8:07:04     HE WAS STILL EMPLOYED THERE FT- SHE SD YES JUST
PRUI  9/11/2013  8:07:04     OUT FOR FEW DAYS. SD WLD CALL BACK.
CARR  9/11/2013 14:37:19     CS-13-04123: CONT GARN APPROVED ON BRIAN SCRIBNER
CARR  9/11/2013 14:37:19     AT A & M ENGINEERING & ENVIRONMENTAL SERVICES, INC
DANI  9/12/2013 16:21:36 45  09/12/13 ====== CONTINUING GARNISHMENT FILED =====
DANI  9/13/2013  8:55:15     FILE TO GARN DRAWER
CARR  9/16/2013 14:36:17     CS-13-04123: RCVD FAX BACK FROM A&M ENGINEERING
CARR  9/16/2013 14:36:17     FOR EMPLOYMENT VERIFICATION. LISTS BRIAN AS
CARR  9/16/2013 14:36:17     "SUSPENDED WITHOUT PAY; NO RETURN DATE HAS BEEN
CARR  9/16/2013 14:36:17     SET." FILLED IN BY CINDY STAFFORD OFFICE MGR.
CARR  9/25/2013  9:32:20     CS-13-04123: RCVD CALL FROM BRENDA HUGHES W/
CARR  9/25/2013  9:32:20     A&M MFG INFORMING DBTR HAS BEEN ON LONG TERM
```

```
CARR  9/25/2013  9:32:20    DISABILITY LEAVE SINCE 6/20/13 AND AS OF 9/16/13
CARR  9/25/2013  9:32:20    HE IS NO LONGER EMPLOYED WITH THEIR COMPANY.
CARR  9/25/2013  9:32:20    FILE TO FILE ROOM
CARR  9/25/2013  9:32:25 M_ A & M ENGINEERING & ENVIRONMENTA
CARR  9/25/2013  9:32:25 M_ 10010 EAST 16TH STREET T/O  7412
JANN 10/03/2013 10:45:46    RECEIVED FILE & FILED IN FR
PRUI 12/06/2013 16:09:39    CLD 607 7455 LMOM
     12/19/2013          SG LET1    1UZM    140.00 5105 S Madison Ave OK 74105
HEAT  1/07/2014 12:13:21 J_ 5105 S MADISON AVE APT 104 2611 E 71ST PL
HEAT  1/07/2014 12:13:21 K_ TULSA       OK 741055672    TULSA      OK 741365530
      1/08/2014          SG LET1    2B3D     60.00 2611 E 71st Pl     OK 74136
PRUI  2/11/2014 11:07:15    REQ OESC
PRUI  2/11/2014 11:45:54    NOT OESC AT THIS TIME....DATE UP
HANN  2/12/2014  8:22:00    RECIEVED FILE & FILED IN FR
DONA  3/12/2014 10:38:45    REC'D A POTENTIAL F.D.C.P.A. CLAIM TO HAL, HOLD CO
DONA  3/12/2014 10:38:45    LLECTIONS UNTIL RESOLVED
MOON  7/07/2014 11:25:03    4OOH->CHKD FOR OTHERS NL-PER ABVE DID NOT MKE CALL

#OF COMMENT LINES PRINTED  208
```

# EXHIBIT C

EXHIBIT C

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OKLAHOMA

TODD SCRIBNER,

Plaintiffs,

v.

WORKS & LENTZ, INC.,

Defendant.

Case No. 14-CV-177-JHP-PJC

**DEFENDANT'S RULE 26 DISCLOSURES**

COMES NOW the Defendant, Works & Lentz, Inc. (hereafter "Works") and for its Rule 26 Disclosures does hereby state as follows:

1. **FRCP 26(a)(1)(A)(i) Names and Addresses of Individuals with Discoverable Information.** The individuals listed below are likely to have discoverable information that the disclosing party may use to support its claims or defenses, unless the use would be solely for impeachment. The subjects of information are not all inclusive and each individual listed below may have knowledge of subjects other than those listed.

    a. Todd Scribner, Plaintiff, c/o counsel M. Kris Kasalo, Ltd., 20 North Clark Street, Suite 3100, Chicago, IL 60602 and Victor R. Wandres, 4835 S. Peoria Avenue, Suite One, Tulsa, OK 74105. Will testify about the facts alleged in Complaint.

    b. Erica Pruitt, c/o counsel David A. Cheek, Cheek & Falcone, PLLC, 6301 Waterford Blvd., Suite 320, Oklahoma City, OK 73118. Will testify about collection efforts.

    c. Bridgette (Last Name Unknown), Manager, Royal Arms Apartments, 5101 S. Madison Avenue, Tulsa, OK 74105. May testify regarding her conversation with Erica Pruitt.

2. **FRCP 26(a)(1)(A)(ii) Documents used to support claims or defenses.** The following are documents and other tangible things that Defendant has in its possession, custody, or control

that may be used to support Defendant's claims or defenses, unless the use would be solely for impeachment.

a. System notes showing collection activity;

b. Copy of any correspondence sent to Plaintiff; and

c. Copy of any correspondence received from Plaintiff.

3. **FRCP 26(a)(1)(A)(iv) Insurance.** Defendant has a policy in place, but makes no claim on that policy. Plaintiff's claims do not exceed the deductible.

4. **Discovery is ongoing.** Defendant provides these disclosures pursuant to Fed.R.Civ.P. 26 with the information available at the time of disclosure. However, as discovery is ongoing, Defendant reserves the right to supplement and amend these disclosures as discovery progresses and in compliance with Fed.R.Civ.P. 26(e).

Respectfully submitted,

David A. Cheek, OBA #1638
CHEEK & FALCONE, PLLC
6301 Waterford Blvd., Suite 320
Oklahoma City, OK 73118
Telephone: (405) 286-9191
Fax: (405) 286-9670
dcheek@cheekfalcone.com
***Attorneys for Defendant, Works & Lentz, Inc.***

**CERTIFICATE OF SERVICE**

This is to certify that on the 25th day of August, 2014 a true and correct copy of the above and foregoing document was emailed to the following:

M. Kris Kasalo, Ltd. – mario.kasalo@kasalolw.com

Victor R. Wandres – victor@paramount-law.net, sherry@wandreslaw.com

DAVID A. CHEEK

S:\10437.072\(50424).docx